**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**COLLIE LAVAIL CARTER,**

**Petitioner,**

**v.** **Case No. 3:26-cv-5009-AW-MAF**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT,**

**Respondent.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE**

After review, I now adopt the magistrate judge's report and recommendation (ECF No. 4), to which there has been no objection. I incorporate the report and recommendation into this order. The clerk will take appropriate steps to transfer this matter to the United States District Court for the Southern District of Florida.

SO ORDERED on October 26, 2026.

s/ *Allen Winsor*
Chief United States District Judge